John M. Nolan, Esquire
601 Walnut Street, Suite 400E
Philadelphia PA 19106



## United States District Court
## In the Eastern District of Pennsylvania

Jenith Flex
V.
Allentown Police Pension Fund Association, et al

Case No.:5:24-cv-06601-JMG

### AFFIDAVIT OF SERVICE

STATE OF PA
COUNTY OF Northampton ss

I, __Gordon R. Crowell Jr.__, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On __1/10/25__ at __5:34__ AM / **PM**, I served Dina Scocca with the following list of documents:
Summons & Complaint

Said service was executed at:
__242 Hty Road__     __Kunkletown__   __PA__  __18058__
      Address                        City         State    Zip

☐ Personally served.
☒ Adult family member with whom said Respondent resides.
   Name: __George Scocca__  Relationship: __Husband__
☐ Adult in charge of Respondent's residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☐ Agent or person in charge of Respondent's office or usual place of business.
   Name: _____ Title: _____
☐ Other: _____

Description of person process was left with:
Sex: __Male__ Skin: __White__ Hair: __Grey__ Age: __74__ Height: __5'10"__ Weight: __150__

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Vacant  ☐ No Answer - Several Attempts
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) ___ Date ___ Time  (2) ___ Date ___ Time  (3) ___ Date ___ Time  (4) ___ Date ___ Time
Comments: _____

*Gordon R Crowell JR*
(Signature)
On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P223314